[Civil No. 939.]

In the Matter of the Application of the UNITED GLOBE
    MINES, a Corporation, for a Writ of Certiorari against
    the Territorial Board of Equalization of the Territory of
    Arizona, composed of Wesley A. Hill et al.

APPLICATION for a Writ of Certiorari.

Herring & Sorrin, for Applicant.

E. S. Clark, Attorney-General, for Respondent.

January 20, 1906.  Demurrer sustained and writ quashed.

[Civil No. 940.]

In the Matter of the Application of the OLD DOMINION
    COPPER MINING AND SMELTING COMPANY, a
    Corporation, for a Writ of Certiorari against the Terri-
    torial Board of Equalization of the Territory of Arizona,
    composed of Wesley A. Hill et al.

APPLICATION for a Writ of Certiorari.

Herring & Sorrin, for Applicant.

E. S. Clark, Attorney-General, for Respondent.

January 20, 1906.  Demurrer sustained and writ quashed.

[Civil No. 941.]

In the Matter of the Application of the ARIZONA COM-
    MERCIAL COPPER COMPANY, a Corporation, for a
    Writ of Certiorari against the Territorial Board of
    Equalization of the Territory of Arizona, composed of
    Wesley A. Hill et al.

APPLICATION for Writ of Certiorari.

Herring & Sorrin, for Applicant.

E. S. Clark, Attorney-General, for Respondent.

January 20, 1906.  Demurrer sustained and writ quashed.